NO. 07-10-00312-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
SEPTEMBER 15, 2010
--------------------------------------------------------------------------------

 
 RANDY LACKEY, APPELLANT
 
 v.
 
 ROBERT MCCOOL, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;
 
 NO. 7764; HONORABLE GORDON HOUSTON GREEN, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Appellant, Randy Lackey, an inmate proceeding pro se, filed a notice of appeal in cause number 7764 in the 287[th] District Court of Bailey County, Texas. By letter dated July 29, 2010, Lackey was notified that, among other things, a filing fee of $175 had not been paid, noting that failure to do so within ten days could result in dismissal pursuant to Texas Rule of Appellate Procedure 42.3(c). No fee having been received within the deadline, by letter dated August 18, 2010, Lackey was again advised of the outstanding filing fee and the consequences of failing to pay. He was also specifically notified of and given the opportunity to, in lieu of paying the filing fee, file an affidavit of indigence on or before September 8, 2010. See Tex. R. App. P. 44.3; see also Higgins v. Randall County Sheriff's Office, 193 S.W.3d 898 (Tex. 2006) (holding that a court of appeals can dismiss an appeal for noncompliance only after allowing a reasonable time to correct a defect). Despite two notices and a reasonable time in which to comply with this Court's request, Lackey has failed to respond. Consequently, this Court is authorized to dismiss this appeal.
Accordingly, the appeal is dismissed.

 Mackey K. Hancock
 Justice